SQUIRE PATTON BOGGS (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, California 90071

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SERINA ARANDA, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LOANDEPOT.COM, LLC; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00670<br><br>**ORDER STAYING DISCOVERY AND CONTINUING DEADLINES** |

Before this Court is the Parties' Joint Stipulation to Stay Discovery and Extend Deadlines. Having reviewed and considered the Parties' submission, and good cause appearing:

**IT IS ORDERED** that the Joint Stipulation is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff will file the First Amended Complaint by June 23, 2021.

**IT IS FURTHER ORDERED** that the dates contained in the Initial Pretrial Scheduling Order are continued and discovery is stayed pending the outcome of any motions filed in response to the First Amended Complaint and the filing of loanDepot's Answer, if any to the pleadings.  Within fourteen (14) days after the filing of loanDepot's

Answer, the Parties shall meet and confer as required by Federal Rule of Civil Procedure 26(f) regarding their discovery plan.

IT IS SO ORDERED.

Dated: June 21, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

ORDER STAYING DISCOVERY AND CONTINUING DEADLINES