SQUIRE PATTON BOGGS (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, California 90071

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

SERINA ARANDA, individually, and on behalf of all others similarly situated,

        Plaintiff,

v.

LOANDEPOT.COM, LLC; and DOES 1-10, inclusive,

        Defendants.

Case No. 2:21-cv-00670-MCE-KJN

**ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

Before this Court is the Parties' Joint Stipulation to Extend Time to Respond to the First Amended Complaint. Having reviewed and considered the Parties' submission, and good cause appearing:

IT IS ORDERED that the Joint Stipulation is GRANTED.

IT IS FURTHER ORDERED that loanDepot will file its response to the First Amended Complaint by July 30, 2021.

///

///

///

- 1 -

IT IS FURTHER ORDERED that Plaintiff will file any oppositions by August 20, 2021, and loanDepot will file any replies by September 2, 2021.

IT IS SO ORDERED.

Dated: July 2, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

SQUIRE PATTON BOGGS (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, California 90071

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME TO RESPOND TO FIRST AMENDED COMPLAINT

C:\Users\clamoureux\Documents\TCPA\loanDepot -
Aranda\2021-06-29 Aranda Proposed Order.docx